IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| JUDY K SADLER | ) | CASE NO. 4-09-00253-JMM |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following abandoned funds check has been issued to the Debtor and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Debtors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| **JUDY K SADLER**<br>**18451 N MILLER WAY**<br>**MARICOPA, AZ  85139** | **$860.28** | **$860.28** |

       12/16/10                                    /s/ SJK
           Date                                  Stanley J. Kartchner, Trustee