IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| JUDY K SADLER | ) | CASE NO. 4-09-00253-JMM |
| | ) | |
| Debtor(s). | ) | **AMENDED APPLICATION FOR** |
| | ) | **PAYMENT OF UNCLAIMED** |
| | ) | **FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend abandoned funds check has been issued to the Debtor and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Debtors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| **JUDY K SADLER**<br>1632 N CAMERON AVE<br>CASA GRANDE, AZ 85222 | $860.28 | $860.28 |

_____12/16/10_____  /s/ SJK_____
          Date                                     Stanley J. Kartchner, Trustee